UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE J. HARRIER,

    Plaintiff,                                Case No. 16-cv-11456

v.                                            HONORABLE STEPHEN J. MURPHY, III

CAROLYN W. COLVIN,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
(document no. 6)**, AND ORDERING PLAINTIFF TO PAY FILING FEE**

Plaintiff Bruce Harrier appealed the Social Security Administration's denial of his application for social security disability benefits. He filed an application to proceed without the prepayment of filing fees. ECF No. 2. The Magistrate Judge ordered Harrier to file a completed application by May 6, 2016. ECF No. 5. After Harrier failed to complete his application, the Magistrate Judge recommended that the Court deny the application to proceed without prepayment of fees, reasoning that the supporting affidavit was wholly inadequate. Report 3–4, ECF No. 6. Under Civil Rule 72, the Plaintiff had fourteen days to file an objection. More than a month passed, however, and Harrier failed to object to the Report. Accordingly the Court will adopt the Report and deny the application to proceed without prepayment of fees.

## ORDER

**WHEREFORE**, it is hereby **ORDERED** that the Report and Recommendation (document no. 6) is **ADOPTED.**

**IT IS FURTHER ORDERED** that Harrier has fourteen (14) days to pay the filing fee, or the Court will dismiss the case without prejudice.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: June 30, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 30, 2016, by electronic and/or ordinary mail.

s/Carol Cohron
Case Manager